## IN THE UNTIED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 12-239-1** |
| | : | |
| **FRANK MCALEESE,** | : | |
| **Defendant.** | : | |

## **ORDER**

**AND NOW**, this 10th day of July, 2013, upon consideration of Defendant's Motion to Suppress (Doc. No. 16), the responses, replies and supplements thereto, following an evidentiary hearing and oral argument, and for the reasons set forth in the Court's Memorandum Opinion it is **ORDERED** that the Motion is **GRANTED**.

 **BY THE COURT:**

 **/s/ Mitchell S. Goldberg**

 _____

 **Mitchell S. Goldberg, J.**